IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**JAMES DAVID SPIERS**                                           **PLAINTIFF**

**VS.**                                                   **CIVIL ACTION NO. 1:08cv1515-JMR**

**DAVID ALLISON, Sheriff of Pearl River County;**
**and STEVE GARBER, Sheriff of Hancock County**           **DEFENDANTS**

___

## FINAL JUDGMENT

This matter came on to be heard on the Motion [37-1] for Summary Judgment by Defendant Steve Garber filed on November 20, 2009, and the Motion [39-1] to Dismiss or in the Alternative for Summary Judgment by Defendant David Allison also filed on November 20, 2009 and joined by Defendant Steve Garber on November 23, 2009. The Court, after a full review and consideration of the record, the parties' submissions, the pleadings on file and the relevant legal authorities, finds that in accord with its Memorandum Opinion and Order entered herewith,

**IT IS, ORDERED AND ADJUDGED**, that this Civil Action is hereby dismissed with prejudice. All remaining pending motions are hereby rendered moot.

**SO ORDERED AND ADJUDGED**, this the 8th day of January, 2010.

                                                *s/ John M. Roper, Sr.*
                                      CHIEF UNITED STATES MAGISTRATE JUDGE